396 A.2d 28

Commonwealth v. Heck, Appellant.

Submitted November 14, 1977. Charles L. Haley, Assistant Public Defender, for appellant; John H. Brydon, District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.